HEATHER E. WILLIAMS, SBN #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
CELESTE M. TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00050-JDP |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR BY VIDEO CONFERENCE** |
| vs. | |
| CELESTE M. TAYLOR, | Judge: Hon. Jeremy D. Peterson |
| Defendant. | DATE: December 3, 2019 |
| | TIME: 10:00 a.m. |
| | JUDGE: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, CELESTE M. TAYLOR, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her Initial Appearance and be allowed to appear via video conference from the United States District Court in Seattle, WA. Ms. Taylor agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender, Timothy Zindel, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. The government has no objection to this request.

Ms. Taylor respectfully request this Court grant a waiver of her right and obligation to be personally present at the Initial Appearance and that she be permitted to appear via video conference from the United States District Court in Seattle, WA on December 3, 2019. Travel to Yosemite National Park represents a financial hardship.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 26, 2019  */s/ Timothy Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorneys for Defendant
CELESTE M. TAYLOR

Date: November 26, 2019  MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

ORDER

Good cause appearing, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Seattle, WA for her Initial Appearance on December 3, 2019 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:   November 26, 2019                              _____
                                                        UNITED STATES MAGISTRATE JUDGE