| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | CELESTE TAYLOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:19-MJ-00050-JDP |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | Date: February 4, 2020 |
| CELESTE TAYLOR, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated by and between the parties through their respective counsel, Yosemite National Park Legal Officer Susan St. Vincent, counsel for plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Defendant Celeste Taylor, that Ms. Taylor's status conference scheduled for February 4, 2020, be continued until April 7, 2020.

Ms. Taylor was arraigned before the Honorable Jeremy Peterson on December 3 2019, and a status conference was set for February 4, 2020. However, there is currently no criminal calendar on that date. Defense counsel requested an extended continuance to conduct investigation, and the government has agreed.

The parties therefore stipulate to continue Ms. Taylor's status conference until April 7, 2020.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 6, 2020    By:    */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite National Park Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 6, 2020    By:    /s/ *Benjamin Gerson*
Benjamin Gerson
Assistant Federal Defender
Attorney for Defendant
Celeste Taylor

ORDER

The status conference set for February 4, 2020 is continued until April 7, 2020.

IT IS SO ORDERED.

Dated: February 6, 2020

_____
UNITED STATES MAGISTRATE JUDGE