1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CELESTE TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00050 JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date: June 3, 2020 |
| CELESTE TAYLOR, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Celeste Taylor, hereby stipulate and jointly move this Court to continue Ms. Taylor's status conference from April 7, 2020 until June 3, 2020.

Ms. Taylor currently resides in Oak Harbor, Washington, where she is engaged in a course of treatment for substance abuse and post-traumatic stress disorder.  The undersigned defense counsel requests Ms. Taylor's case be continued for defense investigation and for Ms. Taylor to progress in her treatment.  Settlement negotiations between the parties are ongoing.  The Government does not oppose the continuance.

//

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: April 3, 2020   */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: April 3, 2020   HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
CELESTE TAYLOR

**O R D E R**

The above stipulation to continue case 6:19-mj-00050 until June 3, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:    April 4, 2020   

UNITED STATES MAGISTRATE JUDGE