1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CELESTE TAYLOR
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  6:19-mj-00050-JDP

12              Plaintiff,             **STIPULATION TO CONTINUE STATUS CONFERENCE**

13  vs.
                                       Date:   August 11, 2020
14  Celeste Taylor,                    Time:   10:00 a.m.
                                       Judge:  Hon. Jeremy D. Peterson
15              Defendant.

16

17       The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Celeste Taylor, hereby stipulate and jointly move this Court to continue Ms. Taylor's

20  status conference from August 11, 2020 until September 16, 2020.

21       The parties are actively working to reach a settlement agreement.  Ms. Taylor has pending

22  matters in the State of California and the State of Illinois.  The records and/or resolutions of those

23  matters are critical to reaching a settlement agreement in the instant case.  Unfortunately ongoing

24  COVID-19 closures have caused significant delays, in that courts in both jurisdictions have not

25  complied with requests for information.  The undersigned defense counsel requests that Ms.

26  Taylor's status conference be continued until September 16, 2020 in order to gather the necessary

27  information and reach a settlement agreement.  The Government does not object.

28  //

Taylor / Stipulation to Continue                    -1-
Status Conference and Order

1  //

2  //

3

4                                            Respectfully submitted,

5                                            McGREGOR SCOTT
                                             United States Attorney
6

7  Dated:  August 10, 2020             /s/ Sean Anderson
                                             Sean Anderson
8                                            Acting Legal Officer
                                             National Park Service
9                                            Yosemite National Park

10

11  Dated:  August 10, 2020            HEATHER E. WILLIAMS
                                             Federal Defender
12

13                                           /s/  Benjamin A. Gerson
                                             BENJAMIN A. GERSON
14                                           Assistant Federal Defender
                                             Attorney for Defendant
15                                           Celeste Taylor

16

17                                **O R D E R**

18      The above stipulation to continue case 6:19-mj-00050 JDP until September 16, 2020 is

19  hereby accepted and adopted as the order of this court.

20

21  IT IS SO ORDERED.

22

23  Dated:    August 11, 2020              _____
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28