1 HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorneys for Defendant
CELESTE TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00050-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:   November 4, 2020 |
| Celeste Taylor, | Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Celeste Taylor, hereby stipulate and jointly move this Court to continue Ms. Taylor's status conference from September 16, 2020 until November 4, 2020.

The parties are actively working to reach a settlement agreement.  Ms. Taylor has pending matters in the State of California and the State of Illinois.  The records and/or resolutions of those matters are critical to reaching a settlement agreement in the instant case.  Unfortunately ongoing COVID-19 closures have caused significant delays, in that courts in both jurisdictions have not complied with requests for information.  The undersigned defense counsel requests that Ms. Taylor's status conference be continued until November 4, 2020 in order to gather the necessary information and reach a settlement agreement.  The Government does not object.

//

1 | Respectfully submitted,
2 | McGREGOR SCOTT
United States Attorney
3 |
4 | Dated: September 10, 2020 | */s/ Sean Anderson*
Sean Anderson
5 | Acting Legal Officer
National Park Service
6 | Yosemite National Park
7 |
8 | Dated: September 10, 2020 | HEATHER E. WILLIAMS
Federal Defender
9 |
10 | */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
11 | Assistant Federal Defender
Attorney for Defendant
12 | Celeste Taylor

**O R D E R**

Good cause appearing, the above stipulation to continue case 6:19-mj-00050 JDP until November 4, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   September 10, 2020

UNITED STATES MAGISTRATE JUDGE