HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CELESTE TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00050-JDP |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:    January 19, 2021 |
| Celeste Taylor, | Time:    10:00 a.m. |
| Defendant. | Judge:   Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Celeste Taylor, hereby stipulate and jointly move this Court to continue Ms. Taylor's status conference from November 4, 2020 until January 19, 2021.

The parties are actively working to reach a settlement agreement.  Ms. Taylor has pending matters in the State of California and the State of Illinois.  The records and/or resolutions of those matters are critical to reaching a settlement agreement in the instant case.  Unfortunately ongoing COVID-19 closures have caused significant delays, in that courts in both jurisdictions have not complied with requests for information.  The undersigned defense counsel requests that Ms. Taylor's status conference be continued until January 19, 2021 in order to gather the necessary information and reach a settlement agreement.  The Government does not object.

//

|     |                          |                                                                 |
| --- | ------------------------ | --------------------------------------------------------------- |
| 1   |                          | Respectfully submitted,                                         |
| 2   |                          | McGREGOR SCOTT<br>United States Attorney                        |
| 3   |                          |                                                                 |
| 4   | Dated:  October 28, 2020 | */s/ Sean Anderson*                                             |
| 5   |                          | Sean Anderson<br>Acting Legal Officer<br>National Park Service  |
| 6   |                          | Yosemite National Park                                          |
| 7   |                          |                                                                 |
| 8   | Dated:  October 28, 2020 | HEATHER E. WILLIAMS<br>Federal Defender                         |
| 9   |                          |                                                                 |
| 10  |                          | */s/  Benjamin A. Gerson*                                       |
| 11  |                          | BENJAMIN A. GERSON<br>Assistant Federal Defender                |
| 12  |                          | Attorney for Defendant<br>Celeste Taylor                        |

**O R D E R**

Good cause appearing, the above stipulation to continue case 6:19-mj-00050 JDP until January 19, 2021 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   October 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE